UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JOHN K. VINCENT, JR.,

    Plaintiff,

    v.

THOR MOTOR COACH, INC.,

    Defendant.

Case No. 3:21-CV-179 JD

## ORDER

On May 10, 2022, the parties filed a joint stipulation agreeing to dismiss all claims in this action with prejudice and with each party to bear its own costs. (DE 22.) Considering the joint nature of the stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is hereby DISMISSED with prejudice. The Clerk is directed to close this case.

SO ORDERED.

ENTERED: May 13, 2022

                                  /s/ JON E. DEGUILIO
                                Chief Judge
                                United States District Court